```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

IMAGINE MEDISPA, LLC,
f/k/a MEDICAL WEIGHT LOSS CLINIC
OF CHARLESTON, LLC,
and DAVID A. RUBIO,

      Plaintiffs,

v.                                Civil Action No. 2:13-26923

TRANSFORMATIONS, INC.
a West Virginia Corporation,
formerly doing business as
Transformations Weight Loss &
Skin Clinic, Inc., formerly doing
Business as Bariatric Medicine
of Huntington, Inc.,
and LIZA ANTOINETTE FREDERICK, M.D.
a/k/a TONI GALBRAITH, M.D.,
and JOSHUA P. GALBRAITH,

      Defendants.

## ORDER

On November 15, 2013, the parties filed a joint stipulation seeking the court's approval to extend the time for the defendants to answer the complaint.

The stipulation reflects that the plaintiffs do not oppose the relief requested by the defendants. Accordingly, it is ORDERED that the deadline for answering the complaint be, and it hereby is, extended until December 20, 2013.

The Clerk is directed to transmit copies of this order to all counsel of record and to any unrepresented parties.

DATED: November 18, 2013

_____
John T. Copenhaver, Jr.
United States District Judge